| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>5:20CR50051-05 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>**CR-24-126-BLG-SPW** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE:<br><br>Jennifer Clark<br>211 Limestone Road<br>Nye, MT 59061 | DISTRICT<br><br>SOUTH DAKOTA | DIVISION<br><br>WESTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Karen E. Schreier, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>08/15/2023 | TO<br>08/15/2026 |

| OFFENSE<br>CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE |
|---|

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)<br>Ms. Clark has prosocial ties including family and employment in Montana. She intends to reside there for the foreseeable future. |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Montana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*September 6, 2024*
Date

*Karen E. Schreier*
Karen E. Schreier, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*9-9-2024*
Effective Date

*Susan P. Watters*
United States District Judge